# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN WAYNE VALEU<br><br>*Defendant* | )<br>)  Case No. 1:15CR353-1<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOHN WAYNE VALEU   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receive child pornography in violation of 18:2252A(a)(2)(A) and (b)(1); Distribute child pornography in violation of 18:2252A(a)(2)(A) and (b)(1); Possess child pornography containing image of prepubescent minor or having not attained 12 years of age in violation of 18:2252A(a)(5)(B) and (b)(2)
   ***THE UNITED STATES ATTORNEY REQUESTS A DETENTION HEARING***
In the event the defendant is released, the United States Attorney recommends that the Adam Walsh Sex Offender Specific Conditions be a part of release conditions.

Date: 09/29/2015

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state:   Greensboro, North Carolina      /s/Leah J. Garland, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____